IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTAK, L.L.C.,<br><br>    Plaintiff,<br>  v.<br><br>INDUSTRIAL MARITIME CARRIERS WORLDWIDE, et al.,<br><br>    Defendants | No. C 04-1494 MMC<br><br>No. C 04-2703 MMC<br><br>**ORDER OF DISMISSAL** |
| DELTAK, L.L.C.,<br><br>    Plaintiff,<br>  v.<br><br>INDUSTRIAL MARITIME CARRIERS WORLDWIDE, et al.,<br><br>    Defendants / | |

    The parties having advised the Court that they have agreed to a settlement of the above-titled consolidated action,

    IT IS HEREBY ORDERED that said action be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing Order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

    **IT IS SO ORDERED.**

Dated: June 24, 2005

                                                          /s/ Maxine M. Chesney
                                                          MAXINE M. CHESNEY
                                                          United States District Judge